IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MICHAEL PRUITT**     **PLAINTIFF**

**V.**     **CAUSE NO. 3:21-CV-806-CWR-LGI**

**JACOB VIGILANTE, ET AL.**     **DEFENDANTS**

**ORDER**

This matter is before the Court pursuant to the Reports and Recommendations of the United States Magistrate Judge, which were issued on August 28, 2023. Docket Nos. 50-51. The Reports and Recommendations notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*.

This Court, finding that there has been no submission of written objections by any party, hereby adopts both Reports and Recommendations as the Orders of this Court. Accordingly, the plaintiff's motion for default judgment is denied, and the defendants' motion for summary judgment is granted. A separate Final Judgment will issue.

**SO ORDERED**, this the 29th day of September, 2023.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE